

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| In the Matter of the Search of<br><br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>1998 Black Lincoln Continental<br>with VIN: 1LNFM97V6WY664345<br>bearing Maryland tag number: 1AZ4654 | )<br>)<br>)<br>)   Case No.  **13-0579 TJS**<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A which is attached hereto and incorporated herein by reference.

located in the _____ District of _____Maryland_____ , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B which is attached hereto and incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
   X  evidence of a crime;
   X  contraband, fruits of crime, or other items illegally possessed;
   X  property designed for use, intended for use, or used in committing a crime;
   ☐  a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1028; 1028A; 1546<br>and 42 U.S.C. § 408 | Document Fraud; Fraud and Misuse of Immigration Documents; and Social Security Fraud |

The application is based on these facts:
See Affidavit of Special Agent Lyndon George which is attached hereto and incorporated herein by reference.

   X  Continued on the attached sheet.
   ☐  Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested
       under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Lyndon George, Special Agent, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 25, 2013 12:45 pm

City and state: Baltimore, MD

*Judge's signature*

Timothy J. Sullivan, U.S. Magistrate Judge
*Printed name and title*